**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 488 EAL 2018

                Respondent         :

                                :   Petition for Allowance of Appeal from
                                :   the Order of the Superior Court

                  v.              :

                                :

HASSAN AKBAR,                 :

                Petitioner         :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 20th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.